UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOE HAND PROMOTIONS, INC.,

                    Plaintiff,

-against-

LA NORTENA RESTAURANT, INC., *doing business as* LA NORTENA #6 and YOLANDO LUNA,

                    Defendants.
-----------------------------------------------------------X

**ORDER**

**10-CV-4965 (NGG) (RLM)**

NICHOLAS G. GARAUFIS, United States District Judge.

On October 28, 2010, Plaintiff Joe Hand Promotions, Inc. ("Joe Hand") filed a Complaint against La Nortena Restaurant, Inc. ("La Nortena") and Yolando Luna ("Luna") (collectively, "Defendants"). (Compl. (Docket Entry # 1).) On January 19, 2011, Joe Hand moved for a default judgment against Defendants. (Docket Entry # 8.) On January 20, 2011, the Clerk of Court entered a notice of default against Defendants. (Docket Entry # 9.) The same day, the court referred Joe Hand's motion to Magistrate Judge Roanne L. Mann for Report and Recommendation ("R&R") (Docket Entry Jan. 20, 2011.) On March 28, 2011, Magistrate Judge Mann issued her R&R, recommending that the court grant Joe Hand's motion and award Joe Hand $5,870.00 in damages and costs, jointly and severally between the Defendants. (R&R at 11.)

No party has objected to Judge Mann's R&R, and the time to do so has passed. See Fed. R. Civ. P. 72(b)(2). Having reviewed Judge Mann's thoroughly reasoned R&R, the court adopts it in its entirety. See Porter v. Potter, 219 F. App'x 112 (2d Cir. 2007). Accordingly, the court GRANTS Joe Hand's motion for default judgment against Defendants, and awards Joe Hand $5,870.00 in damages and costs against Defendants, jointly and severally, and post-judgment

1

interest under 28 U.S.C. § 1961.

SO ORDERED.

                                                                       s/Nicholas G. Garaufis

Dated: Brooklyn, New York                     NICHOLAS G. GARAUFIS
      April 22, 2010                              United States District Judge